LAW OFFICE OF MARVIN BEN-ARON
534 Cary Avenue
Staten Island, New York 10310
(917)549-8712

October 23, 2023

**By ECF:**
Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Government Employees Insurance Company, et al v. Konata Solomon, Stallings (A sole proprietorship), et al
Docket No.: 1:22-cv-06306-DG -RML

Dear Judge Levy:

  I am forwarding this correspondence pursuant to the directive of this Honorable Court requesting that I be relieved as counsel for the defendant Gary Grody.

  I presently represent Mr. Grody in this action and in another action in the United States District Court, Eastern District of New York pursuant to granted Pro Hac Vice applications. In each of the two actions the plaintiff is Government Employees Insurance Company.

  Mr. Grody has advised me that he no longer wishes to have me represent him with regard to these actions as he is financially unable to pay me for my services. He additionally has advised me (and he also advised Magistrate Kuo at a mediation conference in the other case for which I represent him), that his sole source of income is Social Security.

  Mr. Grody believes that he is judgment proof as he owns no property and has no assets that can be attached by the defendants. He further believes that prior settlements that he has made with the plaintiff have merely encouraged them to continue filing more claims against him, regardless of his steadfast belief that he has no liability.

  Pursuant to Mr. Grody's wishes, as well as my own desire to not incur further costs or expend additional time, without compensation, I respectfully request that my application to be relieved as counsel be granted.

Respectfully Submitted

*Marvin Ben-Aron*
Marvin Ben-Aron

Cc: Gary Grody